Teresa H. Michaud (State Bar No. 296329)
teresa.michaud@bakermckenzie.com
James Joseph Ward (State Bar No. 263052)
joe.ward@bakermckenzie.com
Thomas A. D. Tysowsky (State Bar No. 330022)
thomas.tysowsky@bakermckenzie.com
**BAKER & McKENZIE LLP**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA  90067
Telephone: 310.201.4728
Facsimile: 310.201.4721

Alexander G. Davis (State Bar No. 287840)
alexander.davis@bakermckenzie.com
**BAKER & McKENZIE LLP**
600 Hansen Way
Palo Alto, CA  94304
Telephone: 650.856.2400
Facsimile: 650 856 9299

Attorneys for Defendant
MATILOCK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAYMAN POULADDEJ,<br><br>    Plaintiff,<br><br>    v.<br><br>MATILOCK, INC.,<br><br>    Defendant. | Case No.  4:20-cv-04273-HSG<br><br>**JOINT STIPULATED REQUEST FOR AN ORDER TO MODIFY BRIEFING SCHEDULE PURSUANT TO LR 6-1(b), 6-2(a), 7-12; [PROPOSED] ORDER**<br><br>Judge: The Hon. Haywood S. Gilliam, Jr. |

# STIPULATION

Pursuant to LR 6-1(b), 6-2(a), and 7-12, this Stipulation is entered into by Plaintiff Payman Pouladdej ("Pouladdej") and Defendant Matilock, Inc. ("Matilock") (collectively the "Parties") seeking an order of the Court to extend briefly the deadline for Pouladdej's Second Amended Complaint, and for Matilock to file a responsive pleading, in light of the parties' agreement to settle this dispute. The Parties, through their respective counsel of record, stipulate as follows:

WHEREAS, Pouladdej initiated this action against Matilock on February 17, 2020 in the Northern District of Georgia, styled *Pouladdej v. Matilock, Inc.*, Civil Action File No. 1:20-cv-977-LMM, which action has subsequently been transferred to this Court;

WHEREAS, the Parties have notified the Court (ECF No. 35) that this action is related to the action styled *Matilock, Inc. v. Pouladdej*, Case No. 4:20-cv-01186-HSG, which is currently pending in this Court (collectively, the "Related Actions");

WHEREAS, the Parties previously stipulated on July 1, 2020 that Pouladdej's deadline to file a Second Amended Complaint in this action would be July 10, 2020, and Matilock, Inc.'s deadline to file a responsive pleading would be July 31, 2020 (ECF No. 36);

WHEREAS, the Parties are simultaneously filing a Joint Stipulated Request to Extend time in Case No. 4:20-cv-01186-HSG as well as this action for the same reasons set forth herein;

WHEREAS, the Parties in this case have reached a binding agreement on all essential terms to fully resolve the Related Actions;

WHEREAS, the Parties are in the process of memorializing a formal settlement agreement for signature during the week of July 13, 2020;

WHEREAS, the Parties' settlement agreement calls for the voluntary dismissal, with prejudice, of all claims in the Related Actions;

WHEREAS, the Parties respectfully request the Court enter an order extending the time for Pouladdej to file his Second Amended Complaint (if necessary), and Matilock's deadline to file a responsive pleading (if necessary), by 7 days in order to give the Parties time to memorialize the settlement agreement.

WHEREAS, the Parties have agreed to the revised briefing schedule:

- Pouladdej to file its Second Amended Complaint (if necessary) on or before **July 20, 2020**
- Matilock to file a responsive pleading (if necessary) on or before **August 7, 2020.**

**NOW THEREFORE**, in consideration of the foregoing, the Parties, by and through their respective counsel, hereby **STIPULATE** and **AGREE** as follows:

1. On or before **July 20, 2020,** Pouladdej will file his Second Amended Complaint;
2. On or before **August 7, 2020**, Matilock will file a responsive pleading to the Second Amended Complaint;
3. By entering into this Stipulation, the Parties do not waive and expressly preserve any and all rights and defenses.

**IT IS SO AGREED AND STIPULATED.**

Dated: July 10, 2020                    Respectfully submitted,

**BAKER & McKENZIE LLP**
TERESA H. MICHAUD
JAMES JOSEPH WARD
ALEXANDER G. DAVIS
THOMAS A. D. TYSOWSKY

By: /s/ Teresa H. Michaud
        Teresa H. Michaud
Attorneys for Defendant
Matilock, Inc.

**GREENBERG TRAURIG, LLP**
HOWARD HOLDERNESS
STEVEN ROSENWASSER
ANDREW Z. SMITH

Dated:   July 10, 2020                  By: /s/ Howard Holderness
        Howard Holderness
Attorneys for Plaintiff
Payman Pouladdej

Howard Holderness (State Bar No. 169814)
holdernessh@gtlaw.com
GREENBERG TRAURIG, LLP
4 Embarcadero Center, Suite 3000
San Francisco, California 94111
Tel: 415-655-1300

|   |   |
|---|---|
| | Steven Rosenwasser |
| | Andrew Smith |
| | GREENBERG TRAURIG, LLP |
| | 3333 Piedmont Road, N.E. |
| | Terminus 200 |
| | Suite 2500 |
| | Atlanta, Georgia 30305 |
| | rosenwassers@gtlaw.com |
| | Tel: 678-553-7288 |
| | (*pro hac* forthcoming) |

**FILER'S ATTESTATION OF CONCURRENCE**

I, Teresa H. Michaud, attest that I am the lead counsel for Defendant Matilock, Inc. As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

Dated:   July 10, 2020                             /s/ Teresa H. Michaud
                                                                Teresa H. Michaud

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 7/14/2020

*Haywood S. Gilliam, Jr.*
The Hon. Haywood S. Gilliam, Jr.
United Stated District Court Judge