Howard Holderness (California Bar No. 169814)
holdernessh@gtlaw.com
**GREENBERG TRAURIG, LLP**
4 Embarcadero Center, Suite 3000
San Francisco, California 94111
Telephone: (415) 655-1300
Facsimile: (415) 707-2010

Steven J. Rosenwasser (Georgia Bar No. 614908)
rosenwassers@gtlaw.com
(admitted *pro hac vice*)
Andrew Z. Smith (Georgia Bar No. 945798)
smithaz@gtlaw.com
(admitted *pro hac vice*)
**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2100
Facsimile: (678) 553-2212

*Attorneys for Plaintiff Payman Pouladdej*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, DIVISION OAKLAND

| | |
|---|---|
| PAYMAN POULADDEJ,<br><br>        *Plaintiff,*<br><br>    v.<br><br>MATILOCK, INC.,<br><br>        *Defendant.* | Case No.  4:20-cv-04273-HSG<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

The Court, upon the presentation of the Stipulation of Dismissal of Entire Action with Prejudice, orders that the matter is hereby dismissed, with prejudice, with each party shall be responsible for its own fees and costs.

   **IT IS SO ORDERED** this 21st day of July, 2020.

*[signature: Haywood S. Gilliam Jr.]*
The Hon. Haywood S. Gilliam, Jr.
United States District Court Judge